**OSBORN LAW, p.c.**

43 West 43rd Street, Suite 131
New York, New York 10036

DANIEL A. OSBORN
LINDSAY M. TRUST

TELEPHONE
212 - 725 - 9800

FACSIMILE
212 - 500 - 5115

December 13, 2019

**VIA ECF**

Honorable Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

    Re:   *Victor Gomez v. Commissioner of Social Security*,
           Civil Action No. 19-CV-04708-ALC

Dear Judge Carter,

    We write on behalf of plaintiff, Victor Gomez, and with the consent of the defendant to request a 30-day extension of time to file plaintiff's motion for judgment on the pleadings. Plaintiff's motion is currently due on **December 15, 2019**. Plaintiff respectfully requests an extension of time up to and including, **January 14, 2020**. This is plaintiff's first request for an extension.

    The reason for this request is that Plaintiff's counsel has not had sufficient time to review the administrative record and prepare the brief in this case due to other work commitments.

    Subject to the approval of the Court, the parties have agreed to the following amended briefing schedule:

    a. Plaintiff to serve his motion on or before **January 14, 2020**;
    b. Defendant to serve its response/cross-motion on or before **March 14, 2020**; and

Honorable Andrew L. Carter, Jr.
December 13, 2019
Page 2

      c. Plaintiff to serve his reply, if any, on or before **April 4, 2020**.

Thank you for your consideration of this request.

      Respectfully submitted,

      s/Daniel A. Osborn
      Daniel A. Osborn
      OSBORN LAW, P.C.
      43 West 43rd Street, Suite 131
      New York, New York 10036
      Telephone: 212-725-9800
      Facsimile: 212-500-5115
      dosborn@osbornlawpc.com

SO ORDERED:

_/s/ Andrew L. Carter, Jr._
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

December 16, 2019