```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/8/2021__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
**VICTOR JOSE GOMEZ, JR.,**  :
  :
               **Plaintiff,**  :
  :   **19-CV-04708 (ALC)**
    **-against-**  :
  :   **ORDER**
**COMMISSIONER OF SOCIAL SECURITY,**  :
  :
               **Defendant.**  :
  :
  :
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

      Plaintiff filed their Complaint on May 22, 2019. ECF No.1. Plaintiff and Defendant filed cross-motions for judgment on the pleadings on January 15, 2020 and March 13, 2020, respectively. ECF Nos. 24, 26. On April 7, 2020, Plaintiff filed a reply in support of its motion for judgment on the pleadings and in opposition to Defendant's cross-motion. ECF No. 28. Defendant is hereby ORDERED to file an opposition brief by no later than January 22, 2021. Plaintiff may reply by no later than January 29, 2021. Defendant may also file a reply to Plaintiff's opposition (and reply), ECF No. 28, by no later than January 29, 2021.

**SO ORDERED.**

**Dated:**     **January 8, 2021**
             **New York, New York**

                                                 **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**