# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

VICTOR JOSE GOMEZ,

                Plaintiff,                          19 **CIVIL** 4708 (ALC)

        -against-                                **JUDGMENT**

ANDREW SAUL, Acting Commissioner of Social Security,

                Defendant.

-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated March 29, 2021, this case is REVERSED and REMANDED for further proceedings.

**Dated:** New York, New York
          March 29, 2021

                                                              **RUBY J. KRAJICK**

                                                              **Clerk of Court**

                         **BY:**      *K. Mango*

                                                              **Deputy Clerk**